| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| KERI V., | Case No. 5:24-cv-02506-HDV-MBK |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| FRANK BISIGNANO, Commissioner of Social Security. | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a *de novo* review of those portions of the Report to which Plaintiff objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered in favor of Defendant.

DATE: _01/02/26_____    _____
                                   HON. HERNAN D. VERA
                                   UNITED STATES DISTRICT JUDGE